IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE NUTRISYSTEM, INC. | : | CIVIL ACTION |
| DERIVATIVE LITIGATION | : | |
| | : | NO. 07-4565 |
| This document relates to: | : | |
| All Actions | : | MASTER FILE |

ORDER

AND NOW, this 26th day of October, 2009, upon consideration of the Defendants' Motion to Dismiss (Docket No. 21), and the response and reply thereto, IT IS HEREBY ORDERED, for the reasons set out in a Memorandum of today's date, that the Motion is GRANTED and the verified shareholder derivative complaint in the above-captioned matter (Docket No. 16) is DISMISSED.

The Clerk of Court shall mark this case as closed.

BY THE COURT:

/s/ Mary A. McLaughlin
MARY A. McLAUGHLIN, J.