# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

10-3543

In Re: Nutrisystem, Inc.

2-07-cv-04565

FILED
DEC 20 2010
MICHAEL E. KUNZ, Clerk
By________ Dep. Clerk

## ORDER

Pursuant to Fed. R. App. P. 3(a) of the Federal Rules of Appellate Procedure and 3rd Cir. LAR 3.3 and Misc. 107.1(a), it is

ORDERED that the above-captioned case is hereby dismissed for failure to timely prosecute insofar as appellant/petitioner failed to pay the requisite fee as directed. It is

FURTHER ORDERED that a certified copy of this order be issued in lieu of a formal mandate.

For the Court,

*Marcia M. Waldron*
Marcia M. Waldron, Clerk

Dated: December 20, 2010
cc: Mr. Jonathan Lee Riches

SEAL: THE UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

A True Copy
*Marcia M. Waldron*
Marcia M. Waldron, Clerk
Certified order issued in lieu of mandate.